The Honorable David W. Christel

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON,
AT SEATTLE

| | |
|---|---|
| WESTERN NATIONAL MUTUAL INSURANCE COMPANY, a foreign Insurer,<br><br>　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>BALAJI LOGISTICS INC., a Washington corporation,<br><br>　　　　　　　　　　Defendant. | Cause No. 2:23-cv-01897 DWC<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

## I.　STIPULATION

The parties to this lawsuit, by and through their undersigned counsel of record, do hereby stipulate and agree that all claims asserted by and between them in this action shall be dismissed with prejudice and without costs or attorneys' fees to any party and without notice of presentation of the Order.

//

//

//

//

STIPULATION AND ORDER OF DISMISSAL – 1
USDC WD WA/SEA CAUSE NO.  2:23-cv-01897 DWC

Soha & Lang, P.S.
Attorneys at Law
1325 Fourth Avenue, Ste 940
Seattle, Washington  98101-2509
(206) 624-1800/Fax (206) 624-3585

| | |
|---|---|
| SOHA & LANG, P.S. | CARNEY BADLEY SPELLMAN, P.S. |
| By: *s/Rachel Rubin* | By: *s/Linda Clapman* |
| Paul Rosner, WSBA # 37146 | John R. Welch, WSBA No. 26649 |
| Email address rosner@sohalang.com | Linda B. Clapham, WBSA No. 16735 |
| Rachel A. Rubin, WSBA # 48971 | 701 Fifth Avenue, Suite 3600, |
| Email address rubin@sohalang.com | Seattle, Washington 98104-7010 |
| 1325 Fourth Avenue, Suite 2000 | Email: welch@carneylaw.com; |
| Seattle, WA  98101-2570 | clapham@carneylaw.com; |
| *Attorneys for Plaintiff Western National Mutual Insurance Company* | *Attorneys for Defendant Balaji Logistics Inc.* |

## II.   ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that all claims asserted by and between the parties in this action are DISMISSED with prejudice and without costs or attorneys' fees to any party.

IS SO ORDERED on this _____ day of January 2025.

_____
THE HONORABLE DAVID W CHRISTEL
U.S. District Judge

STIPULATION AND ORDER OF DISMISSAL – 2
USDC WD WA/SEA CAUSE NO.  2:23-cv-01897 DWC

SOHA & LANG, P.S.
ATTORNEYS AT LAW
1325 FOURTH AVENUE, STE 940
SEATTLE, WASHINGTON  98101-2509
(206) 624-1800/FAX (206) 624-3585